ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
)
Infinite Services & Solutions, Inc. ) ASBCA No. 61104
)
Under Contract No. W52P1J-13-G-0067 )

APPEARANCE FOR THE APPELLANT: Mark B. Carter, Esq.
Taylor English Duma LLP
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Christopher M. Coy, JA
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 29 August 2017

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61104, Appeal of Infinite Services & Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals